**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 163 MAL 2023

            Respondent                  :

                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

             v.                             :

                                       :

TIMOTHY H. HAAHS,                 :

                                         :

               Petitioner                  :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 12th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.